FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2019 SEP -9  AM 11: 14

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

UNITED STATES OF AMERICA

v.

STALIN RENE BARAHONA

CASE NO. 2:19-cr-144-FtM-60NPM
29 U.S.C. § 666(e)
29 C.F.R. § 1926.501(b)(13)

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about September 26, 2015, in the Middle District of Florida, the defendant,

**STALIN RENE BARAHONA,**

an employer engaged in a business affecting interstate commerce, willfully violated, by act or omission, any Occupational Safety and Health Act standard, rule, and order promulgated pursuant to 29 U.S.C. § 655, specifically, 29 C.F.R. § 1926.501(b)(13), by allowing an employee, S.V., to engage in residential construction activities six feet or more above lower levels without fall protection, which caused the death of S.V.

In violation of 29 U.S.C. § 666(e).

                                  MARIA CHAPA LOPEZ
                                  United States Attorney

By: _____
      Simon R. Eth
      Assistant United States Attorney

By: _____
      Jesus M. Casas
      Assistant United States Attorney
      Chief, Fort Myers Division